UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER TO ADVANCE SECURITY<br>IN AMERICA<br>1802 Vernon Street NW<br>PMB 2095<br>Washington, D.C. 20009,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY<br>245 Murray Lane, S.W.<br>Washington, D.C. 20528,<br><br>    Defendant. | Civil Case No. 1:25-cv-622 |

## COMPLAINT

1. Plaintiff Center to Advance Security in America ("CASA") brings this action against the U.S. Department of Homeland Security ("DHS") under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), seeking declaratory and injunctive relief to compel DHS's compliance with FOIA.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331.

3. Venue is proper in this Court pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4. Plaintiff CASA is an unincorporated association dedicated to improving the safety and security of the American people. CASA educates and informs the American people about the

actions of their government and its officials that impact their safety; peace and security; democracy civil rights, and civil liberties; and privacy.

5. Defendant DHS is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1). DHS has possession, custody, and control of records responsive to Plaintiff's FOIA request.

## STATEMENT OF FACTS

6. On July 16, 2024, CASA submitted two FOIA requests to DHS requesting records related to Secret Service protection for President Trump (attached as Exhibits A and B).

7. Request A (Exhibit A) requested records from March 1, 2024, to when the search is conducted of:

   1. Records possessed or created by Vince Tutoni, or any U.S. Secret Service Office of Intergovernmental and Legislative Affairs employee including records of meeting requests, virtual meeting invitations, call logs and any chats in the relevant virtual platforms (e.g., Microsoft Teams, Zoom, Webex, etc.), related to Donald Trump and/or the "Denying Infinite Security and Government Resources Allocated toward Convicted and Extremely Dishonorable Former Protectees Act".

   2. Calendar entries from Vince Tutoni, or any U.S. Secret Service Office of Intergovernmental and Legislative Affairs employee related to Donald Trump and/or the "Denying Infinite Security and Government Resources Allocated toward Convicted and Extremely Dishonorable Former Protectees Act".

   3. Communications related to Donald Trump and/or the "Denying Infinite Security and Government Resources Allocated toward Convicted and Extremely Dishonorable Former Protectees Act" exchanged between Vince Tutoni, or any Secret Service Office of Intergovernmental and Legislative Affairs employee and anyone identified as an employee at the following offices:
      • Office of Congressman Bennie Thompson (@benniethompson.house.gov)
      • House Homeland Security Committee (@mail.house.gov)

8. Request A seeks documents in the public interest because it will help the public review the priorities and allocation of resources for the protection of current and former Presidents.

9. On July 18, 2024, DHS acknowledged receipt of Request A (Exhibit A) and assigned it File Number 20241067 (attached as Exhibit C).

10. On November 8, 2024, DHS notified CASA that the Secret Service FOIA office had concluded is search related to Request A (File Number 20241067) and would be notifying CASA regarding next steps for processing (attached as Exhibit D).

11. As of the date of filing, CASA has not received any further communication regarding the records from Request A.

12. Request B (Exhibit B) requested records from March 1, 2024, to when the search is conducted of:

>  1. Records possessed or created by Zephranie Buetow, Chloe Himmel, Cursten Knott, Stephanie Doherty, Emily Hymowitz, Avi Arditti, Kevin Franklin, Shiek Pal, Michelle Blake, or any other Office of Legislative Affairs employee, including records of meeting requests, virtual meeting invitations, call logs and any chats in the relevant virtual platforms (e.g., Microsoft Teams, Zoom, Webex, etc.), related to Donald Trump and/or the "Denying Infinite Security and Government Resources Allocated toward Convicted and Extremely Dishonorable Former Protectees Act".
>
>  2. Calendar entries from Zephranie Buetow, Chloe Himmel, Cursten Knott, Stephanie Doherty, Emily Hymowitz, Avi Arditti, Kevin Franklin, Shiek Pal, Michelle Blake, or any other Office of Legislative Affairs employee, related to Donald Trump and/or the "Denying Infinite Security and Government Resources Allocated toward Convicted and Extremely Dishonorable Former Protectees Act".

      3.      Communications related to Donald Trump and/or the "Denying Infinite Security and Government Resources Allocated toward Convicted and Extremely Dishonorable Former Protectees Act" exchanged by and between Zephranie Buetow, Chloe Himmel, Cursten Knott, Stephanie Doherty, Emily Hymowitz, Avi Arditti, Kevin Franklin, Shiek Pal, Michelle Blake, or any other Office of Legislative Affairs employee, and anyone identified as an employee at the following offices:

- Office of Congressman Bennie Thompson (@benniethompson.house.gov)
- House Homeland Security Committee (@mail.house.gov).

13. Request B seeks documents in the public interest because it will help the public review the priorities and allocation of resources for the protection of current and former Presidents.

14. DHS acknowledged receipt of Request B on September 3, 2024, and assigned it reference number 2024-HQFO-02008 (attached as Exhibit E).

15. As of the date of filing, CASA has not received any further communication regarding the records from Request B.

16. DHS has still not made any determinations with regard to CASA's FOIA Requests A and B despite over 230 days having elapsed. *See Citizens for Responsibility and Ethics in Washington v. FEC*, 711 F.3d 180 (D.C. Cir. 2013). DHS has not produced responsive documents to CASA, has not communicated the scope of the documents it intends to produce or withhold—along with the reasons for any withholding—and has not informed CASA of its ability to appeal any adverse portion of its determinations.

17. DHS has thus violated its FOIA obligations.

18. Because DHS has failed to make a determination within the time period required by law, CASA has constructively exhausted its administrative remedies and seeks immediate judicial review.

**COUNT I**

**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Withholding of Non-Exempt Responsive Records**

24. CASA repeats and incorporates by reference each of the foregoing paragraphs as if fully set forth herein.

25. CASA's DHS requests discussed above were properly submitted requests for records within the possession, custody, and control of DHS.

26. DHS is an agency subject to FOIA and, therefore, has an obligation to release any non-exempt records and provide a lawful reason for withholding any materials in response to a proper FOIA request.

27. DHS is wrongfully withholding non-exempt agency records requested by CASA by failing to produce non-exempt records responsive to its request.

28. DHS's failure to provide all non-exempt responsive records violates FOIA.

29. Plaintiff CASA is therefore entitled to declaratory and injunctive relief requiring DHS to promptly produce all non-exempt records responsive to its FOIA request and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

## **REQUESTED RELIEF**

Plaintiff CASA respectfully requests this Court:

A) Assume jurisdiction in this matter and maintain jurisdiction until DHS complies with the requirements of FOIA and any and all orders of this Court.

B) Order DHS to produce, within ten days of the Court's order, or by other such date as the Court deems appropriate, any and all non-exempt records responsive to CASA's request and an index justifying withholding all or part of any responsive records that are withheld under claim of exemption.

C) Award CASA the costs of this proceeding, including reasonable attorney's fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E).

D) Grant CASA other such relief as the Court deems just and proper.

Dated: March 3, 2025                    Respectfully submitted,

                                                  CENTER TO ADVANCE SECURITY IN AMERICA

By Counsel:
/s/ Karin M. Sweigart

Karin Moore Sweigart
D.D.C. Bar ID: CA00145
DHILLON LAW GROUP, INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: 415-433-1700
KSweigart@Dhillonlaw.com

Jacob William Roth
D.D.C. Bar ID: 1673038
DHILLON LAW GROUP, INC.
1601 Forum Plaza, Suite 403
West Palm Beach, Florida 33401
Telephone: 561-227-4959
JRoth@Dhillonlaw.com

*Counsel for the Plaintiff*